**STARK & STARK**
A Professional Corporation
Marshall Kizner, Esq. (MK-7344)
993 Lenox Drive, Bldg. 2
P.O. Box 5315
Princeton, New Jersey 08543-5315
(609) 896-9060
Attorneys for Phoenix NPL, LLC

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHOENIX NPL, LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>1130 NB REALTY, LIMITED LIABILITY COMPANY,<br><br>   Defendant. | Civil Case No.: 3:14-cv-06992-JAP-TJB<br><br>**ORDER GRANTING FINAL JUDGMENT BY DEFAULT AGAINST DEFENDANT,1130 NB REALTY,LIMITED LIABILITY COMPANY IN FAVOR OF PLAINTIFF,PHOENIX NPL, LLC** |

This matter having been opened to the Court by way of motion of Plaintiff, Phoenix NPL, LLC ("Phoenix"), by and through, Stark & Stark, P.C., Marshall T. Kizner, Esquire appearing, for the Entry of Final Judgment by Default in favor of Phoenix, and against Defendant, 1130 NB Realty, Limited Liability Company; and due notice having been given to all parties, and the Court having considered all moving papers and responses and arguments, and for good and sufficient cause appearing;

IT IS on this 4th day of February, 2016;

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543

ORDERED that:

1. The Plaintiff, Phoenix NPL, LLC's, Motion for Entry of Final Judgment by Default is granted, in full.

2. Final Judgment is entered in favor of the Plaintiff and against the Defendant, 1130 NB Realty, Limited Liability Company, in the sum of $2,578,107.60, which is comprised of:

| | |
|---|---|
| Principal | $2,168,483.52 |
| Accrued interest | 163,537.22 |
| Default interest | 169,319.95 |
| Late fees | 6,222.40 |
| Property tax and utility advancements | 43,463.93 |
| Reports | 3,000.00 |
| Attorney fees, costs and expenses | 24,080.58 |
| Total | $2,578,107.60 |

3. The caption is hereby modified to reflect the dismissal of Ashok Shah and Aruna Shah.

4. A copy of the within Order shall be served upon all parties within seven (7) days of receipt of the Order.

HON. MICHAEL A. SHIPP

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543